IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

DEPARTMENT OF CHILDREN
AND FAMILIES AND GUARDIAN
AD LITEM,

     Appellants,

  v.

Case No.  5D22-211
LT Case No. 2019-DP-000055

T.M.V., AND T.J.M., PARENTS OF
T.A.M., A CHILD,

     Appellees.

_____/

Decision filed May 18, 2022

Appeal from the Circuit Court
for Marion County,
Stacy M. Youmans, Judge.

Rachel Batten,  of  Children's Legal
Services, Brooksville,  for Appellant,
Department of Children and Families.

Sara Elizabeth Goldfarb, Statewide
Director of Appeals and Samantha C.
Valley, Senior Atttorney, of Guardian
ad Litem, Tallahassee,  for  Appellant,
Guardian ad Litem.

Shannon Reynolds, of Shannon
L. Reynolds, P.A., Ocala, for
Appellee, T.J.M., Father of T.A.M.

Carl New, Ocala, for Appellee, T.V.M,
Mother of T.A.M.

PER CURIAM.

AFFIRMED.

EVANDER, EISNAUGLE and NARDELLA, JJ., concur.